# Henry J. Beer, Appellee, v. Maud A. Strode, Appellant.

## Gen. No. 21,924.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Appeal dismissed. Opinion filed November 9, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action of forcible detainer by Henry J. Beer, plaintiff, against Maud A. Strode, William Strode and A. J. Hastings, defendants, in the Circuit Court of Cook county. From a judgment for plaintiff for possession and for costs, defendants appealed. But one defendant having signed the appeal bond, plaintiff moved to dismiss the appeal.

SABATH, STAFFORD & SABATH, for appellant.

GEORGE F. BORMAN, for appellee.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 657*—*when bond signed by one of several appellants insufficient.* Where an appeal to the Appellate Court is prayed by three defendants and allowed by the Circuit Court upon said defendants filing an appeal bond, a bond signed by only one of the appellants who prayed and were allowed the appeal is defective, and the appeal will be dismissed on motion of appellee, as the right of appeal is purely statutory and appellants must strictly comply with the order of the court granting the appeal, in order to entitle themselves to the right.

